UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMANTHA DERVITZ, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS INC,<br><br>Defendant. | Civil Action No.: 21-cv-19832 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Transworld Systems, Inc. ("Defendant"), through undersigned counsel, hereby removes this action from the Superior Court of New Jersey, Law Division, Special Civil Part, Essex County, to the United States District Court for the District of New Jersey.

In support of this Notice of Removal, Defendant states as follows:

1. Plaintiff, Samantha Dervitz, originally commenced this action by filing a complaint against Defendant in the Superior Court of New Jersey, Law Division, Special Civil Part, Essex County, where it is presently captioned as *Samantha Dervitz v. v. Transworld Systems, Inc.;* Dkt. No. ESX-L-7428-21. No further proceedings before the State court have occurred.

2. In the complaint, plaintiff alleges statutory causes of action against Defendant. A true and correct copy of plaintiff's complaint is attached hereto as Ex. "A."

3. Plaintiff accuses Defendant of violating the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* Plaintiff has also alleged state law causes of action.

4. Defendant received plaintiff's summons and complaint on or about October 11, 2021.

5. This Court has jurisdiction over plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claim is founded on a claim or right arising under the laws of the United States. This Court has supplemental jurisdiction over plaintiff's joined state law claims, pursuant to 28 U.S.C. § 1441(c).

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which Defendant received plaintiff's complaint. *See* 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Superior Court of New Jersey, Law Division, Essex County. *See* Ex. "B."

8. Written notice of this Notice of Removal of this action is being caused to be served on the plaintiff.

WHEREFORE, defendant, Transworld Systems, Inc., gives notice that this action is removed from the Superior Court of New Jersey, Law Division, Essex County, to the United States District Court for the District of New Jersey.

Dated: November 8, 2021       Respectfully submitted,

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
Sessions, Israel & Shartle, LLC
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660
Facsimile: (877) 334-0661

        E-Mail: aeasley@sessions.legal
*Attorney for Defendant,*
Transworld Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2021, a copy of the foregoing **Notice of Removal to the United States District Court for the District of New Jersey** was served electronically via CM/ECF and by placing a copy of the same via U.S. Mail upon all parties of record.

Yongmoon Kim
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Hackensack, NJ 07601

Ronald I. LeVine
Eileen L. Linarducci
LAW OFFICE OF RONALD I. LEVINE, ESQ.
210 River Street, Suite 11
Hackensack, NJ 07601

        By: /s/ Aaron R. Easley
        Aaron R. Easley, Esq.
        *Attorney for Defendant,*
        Transworld Systems, Inc.